IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STRONGHILL CAPITAL, LLC, *a Texas limited liability company*,

§
§
Plaintiff,                    §
§
v.                            §                    1:24-CV-1502-RP
§
AHL FUNDING, *a California corporation*,    §
§
Defendant.                    §

## **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Plaintiff Stronghill Capital, LLC's ("Plaintiff") Motion for Partial Summary Judgment, (Dkt. 14). (R & R, Dkt. 32). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 33).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 32), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment, (Dkt. 14), is **DENIED.**

**SIGNED** on January 28, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2